UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Danilo Mera,

               Plaintiff,

-against-

SA Hospitality Group, LLC, et al.,

               Defendants.

1:23-cv-03492 (PGG) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's Letter Motion (11/7/23 Ltr. Mot., ECF No. 46) is GRANTED IN PART and DENIED IN PART. Pending Judge Gardephe's ruling as to Plaintiff's Objections (Pl.'s Objections, ECF No. 38), the parties may engage in paper discovery (*i.e.*, Requests for Production, Requests for Admission and Interrogatories) regarding Counts III and IV of Plaintiff's Complaint. The Court will address all other discovery, as well as discovery deadlines, after Judge Gardephe has ruled on the Objections.

**SO ORDERED.**

Dated:    New York, New York
            November 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge