UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

| | |
|---|---|
| DANILO MERA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>SA HOSPITALITY GROUP, LLC, *et al.,*<br><br>Defendants. | Case No.: 1:23-cv-03492<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that the following claims: (i) hostile work environment and sexual orientation Discrimination in violation of the New York State Human Rights Law ("NYSHRL") pursuant to the New York State Executive Law § 296 et seq., and (ii) hostile work environment and sexual orientation Discrimination in violation of New York City Human Rights Law ("NYCHRL") ("Discrimination Claims") of Plaintiff DANILO MERA, are hereby dismissed without prejudice, as against Defendants SA HOSPITALITY GROUP, LLC, EIGHTY THIRD AND FIRST LLC d/b/a FELICE, FELICE GOLD STREET LLC d/b/a FELICE, FELICE CHAMBERS LLC d/b/a FELICE, FELICE 240, LLC d/b/a FELICE, FELICE HUDSON, LLC d/b/a FELICE, FELICE ROSLYN LLC, d/b/a FELICE, FELICE MONTAGUE, LLC d/b/a FELICE, JOHN DOE CORPORATION d/b/a FELICE, DIMITRI PAULI and JACOPO GIUSTINIANI pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party. There has been no settlement of any kind between Plaintiff and any of the Defendants being dismissed herein.

For the avoidance of doubt, (i) Plaintiff DANILO MERA's Discrimination Claims under NYSHRL and NYCHRL are not dismissed against Defendant CAFÉ FOCACCIA, INC., d/b/a FELICE WINE BAR, and (ii) Plaintiff DANILO MERA maintains his Fair Labor Standards Act (FLSA) and the New York Labor Law (NYLL) claims in their entirety, as against all Defendants.

Dated: April 5, 2024
       New York, New York

For the Plaintiff:

     /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eight Floor
New York, NY 10011
Phone: (212) 465-1180
Email: cklee@leelitigation.com

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: April 9, 2024