UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANILO MERA, on behalf of himself, FLSA
Collective Plaintiffs, and the Class,

               Plaintiff,

        - against -

SA HOSPITALITY GROUP, LLC, CAFÉ
FOCACCIA, INC., doing business as Felice
Wine Bar, EIGHTY THIRD AND FIRST
LLC, doing business as Felice, FELICE
GOLD STREET LLC, doing business as
Felice, FELICE CHAMBERS LLC, doing
business as Felice, FELICE 240, LLC, doing
business as Felice, FELICE HUDSON, LLC,
doing business as Felice, FELICE ROSLYN
LLC, doing business as Felice, FELICE
MONTAGUE, LLC, doing business as Felice,
JOHN DOE CORPORATION, doing business
as Felice, DIMITRI PAULI, and JACOPO
GIUSTINIANI,

               Defendants.

**ORDER**

23 Civ. 3492 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed during the December 4, 2025 conference, the parties will exchange information over the next two weeks about the size and scope of the putative class and FLSA collective.

The parties are ordered to submit a joint letter concerning these issues on **December 18, 2025**, and submit a revised proposed case management plan at that time. The joint letter should also provide more detail concerning the relationship between the requested discovery and expected motion practice, and justify the length of the discovery period requested.

Dated:  New York, New York
        December 8, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge