**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Danilo Mera,** | |
| **Plaintiff,** | **1:23-cv-03492 (PGG) (SDA)** |
| **-against-** | **ORDER** |
| **SA Hospitality Group, LLC, et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's request to file a First Amended Complaint falls within the scope of the general pretrial referral to Magistrate Judge Stewart D. Aaron (*see* Referral Order, ECF No. 6). Because Judge Aaron does not conduct pre-motion conferences, the Court construes Plaintiff's Letter Motion, dated March 20, 2026 (ECF No. 80), as a motion for leave to amend. Defendants shall file a response by Friday, April 3, 2026. Any reply shall be filed by Friday, April 10, 2026.

**SO ORDERED.**

Dated:     New York, New York
           March 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge