# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF**                                                        April 2, 2026

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007-1312

> Re:    *Mera v. SA Hospitality Group et al.*
>        Case No.: 1:23-cv-03492

Dear Judge Gardephe:

This office represents Plaintiff in the above-referenced matter. We write jointly with Defendants' counsel to respectfully request that the Court stay discovery, briefing on Plaintiff's Motion to Amend (Dkt. No. 80), and all interim deadlines.

The parties have agreed to participate in a class-wide mediation with Giulio Zanolla. A stay of all deadlines will allow the parties to focus their efforts on a potential resolution. The parties request leave to update the Court regarding the mediation date by April 15, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C.K. Lee

cc: all parties via ECF

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 2, 2026