JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4080 Direct
(212) 972-3213 Fax
Richard.greenberg@jacksonlewis.com
jacksonlewis.com

October 2, 2026

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Mera v. SA Hospitality Group, LLC, et al.**
**Case No. 1:23-cv-03492**

Dear Judge Gardephe:

We are counsel for the Defendants in the above-referenced matter. We write jointly on behalf of all parties to update the Court on the parties' June 11, 2026 mediation and subsequent settlement discussions, and respectfully request that the Court continue the stay of this matter for an additional thirty (30) days. We sincerely apologize for the delay in submitting this update to the court but we have been focusing on out continuing settlement discussions.

On April 2, 2026, the parties sought and were granted an order to stay discovery so that the parties could participate in a class-wide mediation with Giulio Zanolla. (ECF No. 83). The mediation session held on June 11, 2026 did not result in a settlement. Despite good faith participation from all parties, no agreement was reached at the mediation.

Since the mediation, the parties have used this time to continue settlement discussions. The parties anticipate that within the next thirty (30) days they will have either reached a resolution of this matter either directly or through a contemplated additional mediation session. To that end, the parties respectfully request that the Court stay this matter for an additional thirty (30) days, at which time the parties will provide the Court with a further status report.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
**Dated: October 5, 2026**

JacksonLewis



We thank the Court for its consideration and are available should Your Honor have any questions.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Richard I. Greenberg*

Richard I. Greenberg

cc: All Counsel of Record (via ECF)